**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6460**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOSEPH GERALD ANTHONY,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-91-211-S, CA-98-867-1)

───────────────

Submitted:  August 24, 2000          Decided:  August 30, 2000

───────────────

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Noell Peter Tin, Charlotte, North Carolina, for Appellant.  John Warren Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Gerald Anthony seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Anthony, Nos. CR-91-211-S; CA-98-867-1 (M.D.N.C. Jan. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED